IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COREY WELLS, | ) | 8:09CV113 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ROBERT HOUSTON, Dirc. of Corrections, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus filed by Petitioner, Corey Wells, is dismissed with prejudice.

December 17, 2009.    BY THE COURT:

*Richard G. Kopf*
United States District Judge