IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COREY WELLS, | ) | 8:09CV113 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 22.)   In his Motion, Petitioner requests that the court reconsider its December 17, 2009 Memorandum and Order and Judgment which dismissed the Petition with prejudice.  (Filing Nos. 20 and 21.)  The court has carefully reviewed Petitioner's Motion and finds no good cause to reconsider any portion of its December 17, 2009 Memorandum and Order and Judgment.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration (filing no. 22) is denied.

DATED this 3rd day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

_____

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.